JEFFREY A. SKLAR, ESQ. (STATE BAR NO 190416)
11845 W. OLYMPIC BLVD., SUITE 905
LOS ANGELES, CALIFORNIA 90064
TELEPHONE (310) 575-1529
FACSIMILE  (310) 575-1579
E-mail: sklarnjustice@msn.com

JS-6

Attorney for Plaintiff,
WALTER ROGER JOHNSON

# UNTIED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ROGER JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BITECH, INC., a North Carolina Corporation; BITECH, INC., which will do business in California as Performance Bicycle Shop; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. cv 09-7278 VBF (JEMx)<br><br>**ORDER  FOR REMAND**<br><br><br>Complaint Filed: August 18, 2009 |

Because there does not exist complete diversity between the parties, the case is hereby remanded to the California Superior Court.

DATED: November 3, 2009

_____
UNITED STATES DISTRICT JUDGE